ALBANY,
April, 1832.

Harrison
v.
Stevens.

---

HARRISON *vs.* STEVENS.

No excuse for delay in asking for judgment as in case of nonsuit, is necessary, where the notice is given within 10 or 12 days after the close of the circuit at which the cause ought to have been tried.

MOTION for judgment as in case of nonsuit.  It was objected that notice was not given until ten days after the circuit, and that the defendant had offered nò *excuse* for the delay ; and in support of the objection the *anonymous* case in 5 Wendell, 82, was relied on, where, notwithstanding the frequent recurrence of the special terms, Mr. Justice MARCY said the court would require an excuse to be shewn, if motions were not made at as early a day as with ordinary diligence they might be presented.

April 19.

*M. T. Reynolds,* for the motion.

*A. Taber,* contra.

*By the Court,* SAVAGE, Ch. J.  Here is ordinary diligence. It is not required that an attorney should immediately on the adjournment of a circuit give notice of motion for judgment as in case of nonsuit, and where notice is given within 10 or 12 days after the close of the circuit, no excuse for delay is necessary.